**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No.: 3:23-CV-00892-RJC-SCR**

**CITY OF GASTONIA, a North Carolina municipal corporation,**

**Plaintiff,**

**v.**

**NC GAS HOUSE GANG LLC, a Wyoming limited liability company,**

**Defendant.**

**NC GAS HOUSE GANG LLC,**

**Defendant and Third-Party Plaintiff**

**v.**

**ATLANTIC LEAGUE OF PROFESSIONAL BASEBALL CLUBS, INC., and RICHARD E. "RICK" WHITE,**

**Third-Party Defendants.**

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF CITY OF GASTONIA'S MOTION FOR EXPEDITED HEARING AND/OR DISPOSITION**

| EXHIBIT | DESCRIPTION |
|---|---|
| **1.** | Transcript of Court's February 23, 2024 Oral Ruling in Bankruptcy Action |
| **2.** | Trevor Fuller Testimony in Bankruptcy Action |