**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:23-CV-00892-RJC-SCR**

| | |
|---|---|
| **CITY OF GASTONIA, a North Carolina municipal corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NC GAS HOUSE GANG LLC, a Wyoming limited liability company,**<br><br>**Defendant.** | **CITY OF GASTONIA'S RESPONSE IN OPPOSITION TO NC GAS HOUSE GANG, LLC'S MOTION TO AMEND AND FOR PERMISSIVE JOINDER** |

The City of Gastonia, by and through undersigned counsel, opposes Defendant Gas House Gang's ("GHG") Motion to Amend and for Permissive Joinder. (Doc. 52.) GHG appears to have ignored the Court's invitation to amend its pleading by a time certain in order to lull the Court into granting GHG's then pending Motion to Lift the Stay on the Initial Attorney's Conference by creating the false impression that the parties were all joined and the pleadings were closed. (Doc. 45.)

In fact, the Motion to Amend and for Permissive Joinder was timed such that it was filed after the parties had conducted the initial attorney's conference required by the Court after lifting the stay on GHG's urging and the day before the report filed by undersigned counsel was due. (*See*, Docs. 52-54 filed on November 11-12, 2025.)

Without reploughing the same ground as the League and Mr. White's brief opposing this motion (*see* Doc. 55), the City concurs with those arguments and adopts them herein.

Additionally, GHG continues to try and spin a procedural morass to over-complicate a relatively straightforward breach of contract by GHG *with the City*. Whether the League breached its own contract with GHG by terminating GHG's membership-- and while the City believes the

League acted properly-- is of no consequence to the City's breach of contract claim against GHG for failing to maintain membership in the League.

In fact, in the sworn testimony of GHG's managing member, Brandon Bellamy, the City *had* to default GHG after the League terminated its membership:

> That issue in July that [Atlantic League President] [Rick] White spoke about with the team, it created a hiccup [*i.e.*, in liquidity] and it created a downstream, sort of a domino effect. And we weren't just able to get in front of it, and that's just the honest truth…
>
> …We just talked about interest rates doubled. So I got to sell down my interest. We had people that were interested in doing that. They put up money. Money was wired in. We were ready. The timing just caught us. And then the League terminated us, what's an investor buying into at that moment. I said that to the League.
>
> I also said to the league, the City is going to have to file a default when you terminate me… How am I going to navigate that when the City has to default me?...

(Doc. 6-5, pp. 150-153.)

Even in light of this testimony from its managing member, GHG continues to try and obfuscate and delay its accountability. Nothing new was learned between the Court's order allowing amendment of the pleadings and the filing of the instant motion. Again, as stated above, the mere timing of this motion suggests that GHG seeks to subterfuge the Court's efforts to move this case. GHG clearly seeks to use discovery in the hopes of increasing expense related to this matter for the City and the League in the futile hope of finding a claim that does not exist.

Accordingly, for the reasons above and for those stated in the League and Mr. White's opposition brief (Doc. 55), the City respectfully requests primarily that the Court **DENY** GHG's Motion for Leave to Amend and for Permissive Joinder, or in the alternative, decline to enter an Discovery Scheduling Order that will only be destined for amendment and, once GHG's pleadings in this matter are at long last closed, permit the City to refile a procedurally appropriate Motion for Judgment on the Pleadings and briefing thereto for ruling on the merits *before* discovery begins.

Respectfully submitted, this the 25th day of November, 2025.

/s/ Daniel E. Peterson
Daniel E. Peterson
NCSB#: 41521
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704.372.9000
Facsimile: 704.334.4706
danielpeterson@parkerpoe.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **CITY OF GASTONIA'S RESPONSE IN OPPOSITION TO NC GAS HOUSE GANG'S MOTION FOR LEAVE TO AMEND AND FOR PERMISSIVE JOINDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 25th day of November, 2025.

/s/ Daniel E. Peterson

Daniel E. Peterson
NCSB#: 41521
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704.372.9000
Facsimile: 704.334.4706
danielpeterson@parkerpoe.com

*Counsel for the City of Gastonia*